1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, Ca 95926
4  530.895.3252

5  Attorneys for Plaintiff

6

7

8           THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  ROBERT DODSON,                    Case No. CIV.S-07-2686-FCD-KJM

14       Plaintiff,
                                      **Substitution of Attorneys and**
15       vs.                          **Order Thereon**

16  ROSS DRESS FOR LESS, INC. dba
17  DD'S DISCOUNT #5038; NT
    STOCKTON INVESTMENTS,
18  LLC,

19
         Defendants.
20  _____

21       Plaintiff, Robert Dodson, hereby substitutes the DISABLED

22  ADVOCACY GROUP, APLC, 12 Williamsburg Lane, Chico, California

23  95926, telephone number (530) 895-3252, facsimile (530) 894-8244, email

24  address usdceast@hubslaw.com, as attorneys of record in place and stead of

25  THE LAW OFFICES OF LYNN HUBBARD.

26  /////

27  /////

28

*Dodson v. Ross Dress for less, Inc. et al.*   CIV.S-07-2686-FCD-KJM
Substitution of Attorneys and Order Thereon

- 1 -

I consent to the substitution.

Dated: January 14, 2008

                        */s/ Robert Dodson*
                        ROBERT DODSON

I consent to the substitution.
Dated: January 14, 2008  LAW OFFICES OF LYNN HUBBARD

                        */s/ Lynn Hubbard, III*
                        LYNN HUBBARD, III

I consent to the substitution.
Dated: January 14, 2008         DISABLED ADVOCACY GROUP, APLC

                        */s/ Lynn Hubbard, III*
                        LYNN HUBBARD, III

## **ORDER**

    IT IS SO ORDERED.

DATED: January 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

*Dodson v. Ross Dress for less, Inc. et al.*   CIV.S-07-2686-FCD-KJM
Substitution of Attorneys and Order Thereon