SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ROBERT DODSON, | No. CIV.S 07-02686-FCD-KJM |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| ROSS DRESS FOR LESS, INC., et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, ROBERT DODSON, hereby requests the Court dismiss the above entitled action, with prejudice, as to Defendant NT Stockton Investments, LLC only.

Dated: March 5, 2008          DISABLED ADVOCACY GROUP, APLC

                              /s/ Lynn Hubbard, III
                              LYNN HUBBARD, III
                              Attorney for Plaintiff

IT IS SO ORDERED.

DATED: March 6, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE