LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff Robert Dodson

JOHN M. JULIUS, III, SBN 112640
LITTLER MENDELSON, APC
501 WEST BROADWAY, SUITE 900
SAN DIEGO, CALIFORNIA 92101
Telephone: (619) 232-0441
Fax: (619) 232-4302

Attorney for Defendant Ross Dress for Less, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:07-CV-2686-FCD-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| ROSS DRESS FOR LESS, INC., et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, ROSS DRESS FOR LESS, INC. dba DD'S DISCOUNTS #5038, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

/////

/////

| | | |
|---|---|---|
|Dated: April 22, 2008| |LAW OFFICES OF LYNN HUBBARD|

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 21, 2008          LITTLER MENDELSON

*/s/ John M. Julius, III*
JOHN M. JULIUS, III
Attorney for Defendant Ross Dress For Less, Inc. dba DD's Discounts #5038

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-02686-FCD-KJM, is hereby dismissed with prejudice.

Dated: April 22, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE